AO 91 (Rev 8/01) Criminal Complaint
Case 7:16-cr-01396 Document 1 Filed in TXSD on 09/08/16 Page 1 of 4

United States District Court
Southern District of Texas
FILED

SEP - 8 2016

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

**Fidencio Alejandro Reyes-Garcia**     *Principal*
  YOB:  1994    the United Mexican States

Case Number:

**M-16-1685-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 6, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Jairo Rolando Turcios-Lucero, a citizen and national of Honduras and Quevin Nehemias Dubon-Medina, a citizen and national of Guatemala, along with sixteen (16) other undocumented aliens, for a total of eighteen (18), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

**On August 31, 2016 Border Patrol Agents received information from the San Juan, Texas Police Department regarding two homes, 5010 Forego Ave. in Edinburg, Texas and 1131 S. Alamo Rd in Alamo, Texas were being used to harbor undocumented aliens.**

**On September 1, 2016, Border Patrol Agent S. Quintanilla conducted surveillance on the home on Forego Ave. and observed a brown Honda minivan arrived to the home. A male subject then exited the minivan, opened the garage door and drove inside the garage. Moments later the minivan exited the garage and was followed by agents to a nearby residence and then back to the home on Forego Ave.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   ☒ Yes  ☐ No

*approved by*
*(signature)*

Sworn to before me and subscribed in my presence,

September 8, 2016      8:56 am       at  McAllen, Texas
Date                                      City and State

Peter E. Ormsby          , U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

Francisco Armendariz    Senior Patrol Agent
Printed Name of Complainant

*(signature)*
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-16-1685-M**

**RE:** Fidencio Alejandro Reyes-Garcia

**CONTINUATION:**

Approximately 10 minutes later, the minivan once again departed the home on Forego Ave and was followed to a SAMs store located in north McAllen, Texas. Agents then observed a male subject, later identified as Fidencio Alejandro REYES-Garcia, and a female subject enter the SAM's store and approximately 30 minutes later, REYES exited with a large amount of groceries. The two then proceeded to the HEB before returning to the home on Forego Ave.

On September 2, 2016, Fidencio Alejandro REYES-Garcia arrived to the home on Forego Ave, exited the car and opened the garage door before driving inside the carport. Approximately five minutes later, REYES-Garcia departed the home with four occupants in the vehicle. Agents then followed the vehicle to 1131 S. Alamo Rd. Alamo, Texas. The vehicle stayed for approximately five minutes and departed with only three occupants returning to the home at Forego Ave. Edinburg, Texas where REYES dropped off the two remaining passengers.

On September 6, 2016, agents conducted surveillance on the homes at Forego Ave. and South Alamo Rd. At approximately 12:30 p.m., REYES was observed arriving to Forego Ave and depart approximately 10 minutes later. Hidalgo County Constables Office (HCCO) was then contacted for assistance and Deputy Salinas initiated a traffic stop. Deputy Salinas initiated a traffic stop due to the driver not having his seat belt on.

Agents S. Quintanilla, F. Soto and J. Cervantes then approached the vehicle and identified themselves as Border Patrol Agents and questioned the driver, Fidencio Alejandro REYES-Garcia, as to his citizenship and was found to be illegally in the United States. Agent Quintanilla questioned REYES to his involvement in alien smuggling. Reyes told agents that he had previously dropped off undocumented aliens at the homes on Forego Ave. and South Alamo. REYES told agents there were approximately 15-20 subjects inside the house. Reyes stated that he would open the garage door and open a sliding glass door to get inside the home on Forego Ave. to drop off undocumented aliens and food. He had previously done this for the past two months. Border Patrol Agents were granted written consent to enter the home by REYES.

Border Patrol Agents and Edinburg Police Department proceeded to 5010 Forego Ave. Edinburg, Texas and encountered a total of eighteen (18) subjects in the living room and bedrooms. All subjects were then questioned and admitted that they were in the United States illegally. All subjects were then transported to Weslaco Station for interview and processing.

PRINCIAPL STATEMENT: Fidencio Alejandro REYES-Garcia
Fidencio Alejandro REYES-Garcia was read his Miranda Rights, understood his rights and was willing to provide a sworn statement without the presence of an attorney.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

ATTACHMENT TO CRIMINAL COMPLAINT:

M-16-1685-M

RE:     Fidencio Alejandro Reyes-Garcia

**CONTINUATION:**

Fidencio Alejandro REYES-Garcia freely admitted to illegally entering the United States by crossing the river near Hidalgo, Texas on September 1, 2016. REYES also admitted to being deported numerous times before and residing, off and on, in San Carlos, Texas for approximately eight years. He claims he was residing with his wife and his mother-in-law. Subject stated that he began working at this stash house, for an unknown individual, approximately two months ago. He would get paid $500.00 USD per week to transport undocumented immigrants and to provide food to them. Subject admitted to transporting two to three people, per day, to the stash house and provided them with food. He would instruct the undocumented immigrants to remain quiet and to eat the food that he would provide to them. REYES claims he would also pick up money from the families of the undocumented immigrants via Money Gram and charge $30.00 dollars per $100.00 dollars that was received. REYES stated that approximately 120 undocumented immigrants have been moved through that stash house during his time working there.

**MATERIAL WITNESS STATEMENTS:**

Jairo Rolando TURCIOS-Lucero and Quevin Nehemias DUBON-Medina were read their Miranda rights, they stated they understood their rights and were willing to provide statements without the presence of an attorney.

**MATERIAL WITNESS STATEMENT: Jairo Rolando TURCIOS-Lucero**

Jairo Rolando TURCIOS-Lucero admitted to entering the United States illegally on August 30, 2016, near Hidalgo, Texas. Subject freely admitted to being a Citizen of Honduras without any documents to enter, reside or work in the United States.

TURCIOS-Lucero stated his sister made all his smuggling arrangements with an unknown man and was to pay $7,500.00 to get smuggled into the United States. Shortly after crossing the Rio Grande River, TURCIOS stated that an unknown woman driving a red Nissan Sentra picked him up and took him to a Wal-Mart parking lot where he was transferred to a brown Minivan. He was then taken to the stash house where he was apprehended today. TURCIOS-Lucero claims when he arrived at the house there was already six people inside. During his stay at the stash house, REYES-Garcia instructed all the people in the house to be quiet and stay inside. REYES-Garcia would tell everyone in the house that if they wanted money that he would notify their families to send them some but that he was going to keep most of it. He said that if we ask for $100.00 dollars he would give us $60.00. If we ask for $50.00 he would only give us $30.00. TURCIOS stated that REYES-Garcia would bring them food every other day.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-16-1685-M

RE: Fidencio Alejandro Reyes-Garcia

**CONTINUATION:**

A photo lineup was shown to TURCIOS-Lucero and he positively identified Fidencio Alejandro REYES-Garcia as the subject that was in charge of the house.

**MATERIAL WITNESS STATEMENT: Quevin Nehemias DUBON-Medina**

Quevin Nehemias DUBON-Medina stated that he last entered the United States on August 29, 2016, near Hidalgo, Texas.

DUBON-Medina claims to have paid $7,000 USD to be smuggled into the United States. Subject stated he rafted across the Rio Grande River and walked for about four hours in the brush before getting picked up by a red truck. He was then immediately taken to an unknown house where he waited for a few hours and was moved to another unknown house where he stayed for 8 days and was apprehended today.

DUBON-Medina stated that REYES-Garcia would bring food, water, and other necessities for them. Subject also stated that REYES-Garcia was in charge of bringing and taking out people from the house.

A photo lineup was shown to DUBON-Medina and he positively identified Fidencio Alejandro REYES-Garcia as the subject that was in charge of the house.